1  ERIC GRANT
   United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12              Plaintiff,                CASE NOS.  2:25-MJ-151-SCR
                                                     2:25-MJ-152-SCR
13         v.                                        2:25-MJ-153-SCR
                                                     2:25-MJ-154-SCR
14 ERICK GUZMAN TOLENTINO,                           2:25-MJ-155-SCR
   BRANDI EMERSON,                                   2:25-MJ-157-SCR
15 LYLE COOPER,                                      2:25-MJ-158-SCR
   JUAN MUNOZ-GUZMAN,
16 ELMER MONTIEL-ROMERO,          [PROPOSED] ORDER TO FILE REDACTED
   BRIAN SEDGWICK,                COPY OF COMPLAINTS
17 LEON JAMES WHITELEY,

18              Defendants.

19

20     The government's motion to unseal the above-referenced cases and file a redacted copy of the

21 sealed complaints and affidavits is GRANTED.

22  Dated: October 21, 2025

23                                                  _____
                                                    CAROLYN K. DELANEY
24                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT